UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Barbara Johnson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 0:15-cv-531-PJG |
| v. ) | |
| ) | **Order Awarding EAJA Fees** |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff has filed a petition for EAJA fees in the amount of $1,050.00. Defendant has filed its response agreeing to that amount. It is ordered that Defendant shall pay Plaintiff $1,050.00, payable through Plaintiff's attorney's office. Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2520 (2010), the government shall first determine whether these EAJA fees are subject to offset of any preexisting debt that the prevailing party may owe to the government. If there are not any such fees owing, than this $1,050.00 shall be made payable to Plaintiff, but with the check sent to the attorney for Plaintiff.

AND IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 21, 2015
Columbia, South Carolina